# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF INTERIOR,** | ) |
| 1849 C Street NW, | ) |
| Washington, D.C. 20240 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiff JIMMY TOBIAS brings this suit to force Defendant U.S. DEPARTMENT OF INTERIOR to conduct a reasonable search, issue a determination, and produce communications sent to and received by political appointees.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter who has written for *The Guardian* and *The Nation*, among other media outlets, and is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF INTERIOR is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## APRIL 1, 2025 FOIA REQUEST TO DOI

6. On April 1, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

> Any emails, DMs, chats, Signal communications, Microsoft Team chats or other electronic communications sent or received by one or more of the following individuals—Tyler Hassen, Katrine Trampe and/or Stephanie Holmes—that contain one or more of the following key words or phrases: "FPPS", "Federal Personnel and Payroll System", "Tony Irish", "Irish", "Stan Lowe", "Lowe", "Darren "Ash", and/or "Ash". This request seeks records produced since March 1, 2025.

7. A true and correct copy of the FOIA request is attached as Exhibit 1.

8. On April 2, 2025, DOI assigned reference number DOI-2025-005406 to the matter. *Id*.

9. On April 7, 2025, DOI acknowledged receipt of the FOIA request and assigned the matter to the "normal" processing track.

10. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

11. On July 1, 2025, Plaintiff inquired about the status of the request and asked DOI to provide an estimated date of completion.

12. A true and correct copy of the correspondence is included in Exhibit 3.

13. On July 10, 2025, DOI stated that it had located approximately 7,000 pages potentially responsive to the FOIA request. *Id*.

14. On December 15, 2025, Plaintiff asked DOI to provide an estimated date of completion and inquired about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records.

15. A true and correct copy of the correspondence is attached as Exhibit 4.

16. DOI did not send any further correspondence to Plaintiff regarding this request.

17. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

18. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

## APRIL 2, 2025 FOIA REQUEST TO DOI

19. On April 2, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

> Any and all written or electronic communication, including emails, text messages, DMs, Signal chats or other communications, between Tyler Hassen and any staff, lobbyist, representatives, officials or other employees or contractors of Basin Holdings, Talus Holdings, Wenzel Downhole Tools, Black Diamond Oilfield or any other companies that are held by the holding company Basin Holdings. This request seeks records produced since January 20, 2025.

20. A true and correct copy of the FOIA request is attached as Exhibit 5.

21. On April 3, 2025, DOI assigned reference number DOI-2025-005456 to the matter. *Id*.

22. On October 16, 2025, Plaintiff asked DOI to provide an estimated date of completion. *Id*.

23. On December 15, 2025, having not received any response to his previous follow-up message, Plaintiff sent a second message to DOI seeking an estimated date of completion and inquiring about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records. Ex. 4.

24. DOI did not send any further correspondence to Plaintiff regarding this request.

25. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

26. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

## MAY 1, 2025 FOIA REQUEST TO DOI

27. On May 1, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

> Any written or electronic communication, including emails, texts and direct messages on Signal or other apps, sent or received by Secretary Burgum and/or his executive assistants or schedulers that contain one or more of the following words or phrases: "Colossal", "Lamm", and/or "Teigen". This request seeks records produced since January 20, 2025.

28. A true and correct copy of the FOIA request is attached as Exhibit 6.

29. On May 1, 2025, DOI assigned reference number DOI-2025-006269 to the matter. *Id*.

30. On May 5, 2025, DOI sought clarification regarding Plaintiff's request for a fee waiver. *Id*.

31. On May 5, 2025, Plaintiff confirmed that he seeks a fee waiver but is willing to pay up to $25 if that fee waiver is denied. *Id*.

32. On May 13, 2025, DOI acknowledged receipt of the FOIA request and assigned the matter to the "normal" processing track.

33. A true and correct copy of the acknowledgement letter is attached as Exhibit 7.

34. On December 15, 2025, Plaintiff asked DOI to provide an estimated date of completion and inquired about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records. Ex. 4.

35. DOI did not send any further correspondence to Plaintiff regarding this request.

36. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

37. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

## JUNE 26, 2025 FOIA REQUEST TO DOI

38. On June 26, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

> Any and all official work calendars, itineraries or other schedules for Karen Budd Falen. This request seeks records produced since January 1, 2025.

39. A true and correct copy of the FOIA request is attached as Exhibit 8.

40. On June 26, 2025, DOI assigned reference number DOI-2025-007666 to the matter. *Id.*

41. On July 11, 2025, DOI acknowledged receipt of the FOIA request and assigned the matter to the "normal" processing track.

42. A true and correct copy of the acknowledgement letter is attached as Exhibit 9.

43. On December 15, 2025, Plaintiff asked DOI to provide an estimated date of completion and inquired about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records. Ex. 4.

44. DOI did not send any further correspondence to Plaintiff regarding this request.

45. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

46. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

### JULY 1, 2025 FOIA REQUEST TO DOI—SCHAFLE REQUEST

47. On July 1, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

> Any and all written or electronic communication, including emails, text messages, DMs, Signal chats or other communications, sent or received by Matthew Schafle that include one or more of the following search terms: NRA and/or National Rifle Association. This request seeks records produced since January 20, 2025.

48. A true and correct copy of the FOIA request is attached as Exhibit 10.

49. On July 2, 2025, DOI assigned reference number DOI-2025-007780 to the matter. *Id*.

50. On July 16, 2025, DOI acknowledged receipt of the FOIA request and assigned the matter to the "normal" processing track.

51. A true and correct copy of the acknowledgement letter is attached as Exhibit 11.

52. On December 15, 2025, Plaintiff asked DOI to provide an estimated date of completion and inquired about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records. Ex. 4.

53. DOI did not send any further correspondence to Plaintiff regarding this request.

54. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

55. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

### JULY 1, 2025 FOIA REQUEST TO DOI—SUESS REQUEST

56. On July 1, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

> Any and all written or electronic communication, including emails, text messages, DMs, Signal chats or other communications, sent or received by

        Adam Suess that contain one or more of the following search terms: REH (in reference to the The REH Company, an oil firm), Sinclair (in reference to Sinclair Oil Company), and/or Murphy (in reference to the oil company Murphy USA). This request seeks records produced since January 20, 2025.

57. A true and correct copy of the FOIA request is attached as Exhibit 12.

58. On July 2, 2025, DOI assigned reference number DOI-2025-007781 to the matter. *Id*.

59. On July 16, 2025, DOI acknowledged receipt of the FOIA request and assigned the matter to the "normal" processing track.

60. A true and correct copy of the acknowledgement letter is attached as Exhibit 13.

61. On December 15, 2025, Plaintiff asked DOI to provide an estimated date of completion and inquired about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records. Ex. 4.

62. DOI did not send any further correspondence to Plaintiff regarding this request.

63. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

64. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

## JULY 1, 2025 FOIA REQUEST TO DOI—GUSTAFSON REQUEST

65. On July 1, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

        All emails, text messages, DMs, Signal messages, or other electronic communication, as well as any calendar entries, meeting notes, agendas, power point presentations, sent or received by Daniel Gustafson that contain the following words or phrases: "SpaceX". This request also seeks any communications between Gustafson and any officials, staffers or representatives of SpaceX. I do not seek generic news reports or round ups in this request. This request seeks records produced since January 20, 2025.

66. A true and correct copy of the FOIA request is attached as Exhibit 14.

67. On July 2, 2025, DOI assigned reference number DOI-2025-007783 to the matter. *Id*.

68. On July 16, 2025, DOI acknowledged receipt of the FOIA request and assigned the matter to the "normal" processing track.

69. A true and correct copy of the acknowledgement letter is attached as Exhibit 15.

70. On December 15, 2025, Plaintiff asked DOI to provide an estimated date of completion and inquired about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records. Ex. 4.

71. DOI did not send any further correspondence to Plaintiff regarding this request.

72. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

73. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

## JULY 18, 2025 FOIA REQUEST TO DOI

74. On July 18, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

> All records, including calendar entries, meeting agendas, notes, email communications, that refer or relate to any meetings held by Secretary Burgum (or his subordinates) and Sam Altman (or any other officials from OpenAI).

75. A true and correct copy of the FOIA request is attached as Exhibit 16.

76. On July 20, 2025, DOI assigned reference number DOI-2025-008124 to the matter. *Id*.

77. On July 29, 2025, DOI acknowledged receipt of the FOIA request and assigned the matter to the "normal" processing track.

78. A true and correct copy of the acknowledgement letter is attached as Exhibit 17.

79. On December 15, 2025, Plaintiff asked DOI to provide an estimated date of completion and inquired about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records. Ex. 4.

80. DOI did not send any further correspondence to Plaintiff regarding this request.

81. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

82. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

## AUGUST 1, 2025 FOIA REQUEST TO DOI

83. On August 1, 2025, TOBIAS submitted a FOIA request to DOI's Office of the Secretary for the following records:

> Any and all written or electronic communication, including emails, texts, DMs, Microsoft Teams chats, Google or Microsoft Word comments, sent or received by Karen Budd-Falen that reference or pertain to BLM's Instruction Memorandum 2025-004. This request seeks records produced since March 1, 2025.

84. A true and correct copy of the FOIA request is attached as Exhibit 18.

85. On August 4, 2025, DOI assigned reference number DOI-2025-008490 to the matter. *Id*.

86. On August 18, 2025, DOI acknowledged receipt of the FOIA request and assigned the matter to the "complex" processing track.

87. A true and correct copy of the acknowledgement letter is attached as Exhibit 19.

88. On October 16, 2025, Plaintiff asked DOI to provide an estimated date of completion.

89. On December 15, 2025, having not received any response to his previous follow-up message, Plaintiff sent a second message asking DOI to provide an estimated date of completion

and inquired about the status of the request, including whether the search for records was complete and whether an analyst had been assigned to review responsive records. Ex. 4.

90. DOI did not send any further correspondence to Plaintiff regarding this request.

91. As of the date of this filing, DOI has not issued a determination on Plaintiff's request.

92. As of the date of this filing, DOI has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – DOI'S FOIA VIOLATION
## APRIL 1, 2025 FOIA REQUEST TO DOI

93. Paragraphs 1-92 are incorporated by reference.

94. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

95. Defendant DOI is a federal agency subject to FOIA.

96. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

97. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

98. Defendant DOI has failed to issue a determination within the statutory deadline.

99. Defendant DOI has failed to produce all non-exempt records responsive to the request.

## COUNT II – DOI'S FOIA VIOLATION
## APRIL 2, 2025 FOIA REQUEST TO DOI

100. Paragraphs 1-92 are incorporated by reference.

101. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

102. Defendant DOI is a federal agency subject to FOIA.

103. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

104. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

105. Defendant DOI has failed to issue a determination within the statutory deadline.

106. Defendant DOI has failed to produce all non-exempt records responsive to the request.

**COUNT III – DOI'S FOIA VIOLATION**
**MAY 1, 2025 FOIA REQUEST TO DOI**

107. Paragraphs 1-92 are incorporated by reference.

108. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

109. Defendant DOI is a federal agency subject to FOIA.

110. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

111. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

112. Defendant DOI has failed to issue a determination within the statutory deadline.

113. Defendant DOI has failed to produce all non-exempt records responsive to the request.

**COUNT IV – DOI'S FOIA VIOLATION**
**JUNE 26, 2025 FOIA REQUEST TO DOI**

114. Paragraphs 1-92 are incorporated by reference.

115. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

116. Defendant DOI is a federal agency subject to FOIA.

117. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

118. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

119. Defendant DOI has failed to issue a determination within the statutory deadline.

120. Defendant DOI has failed to produce all non-exempt records responsive to the request.

**COUNT V – DOI'S FOIA VIOLATION**
**JULY 1, 2025 FOIA REQUEST TO DOI—SCHAFLE REQUEST**

121. Paragraphs 1-92 are incorporated by reference.

122. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

123. Defendant DOI is a federal agency subject to FOIA.

124. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

125. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

126. Defendant DOI has failed to issue a determination within the statutory deadline.

127. Defendant DOI has failed to produce all non-exempt records responsive to the request.

## COUNT VI – DOI'S FOIA VIOLATION
## JULY 1, 2025 FOIA REQUEST TO DOI—SUESS REQUEST

128. Paragraphs 1-92 are incorporated by reference.

129. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

130. Defendant DOI is a federal agency subject to FOIA.

131. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

132. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

133. Defendant DOI has failed to issue a determination within the statutory deadline.

134. Defendant DOI has failed to produce all non-exempt records responsive to the request.

## COUNT VII – DOI'S FOIA VIOLATION
## JULY 1, 2025 FOIA REQUEST TO DOI—GUSTAFSON REQUEST

135. Paragraphs 1-92 are incorporated by reference.

136. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

137. Defendant DOI is a federal agency subject to FOIA.

138. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

139. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

140. Defendant DOI has failed to issue a determination within the statutory deadline.

141. Defendant DOI has failed to produce all non-exempt records responsive to the request.

## COUNT VIII – DOI'S FOIA VIOLATION
## JULY 18, 2025 FOIA REQUEST TO DOI

142. Paragraphs 1-92 are incorporated by reference.

143. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

144. Defendant DOI is a federal agency subject to FOIA.

145. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

146. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

147. Defendant DOI has failed to issue a determination within the statutory deadline.

148. Defendant DOI has failed to produce all non-exempt records responsive to the request.

## COUNT IX – DOI'S FOIA VIOLATION
## AUGUST 1, 2025 FOIA REQUEST TO DOI

149. Paragraphs 1-92 are incorporated by reference.

150. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

151. Defendant DOI is a federal agency subject to FOIA.

152. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

153. Defendant DOI has failed to conduct a reasonable search for records responsive to the request.

154. Defendant DOI has failed to issue a determination within the statutory deadline.

155. Defendant DOI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: January 2, 2026

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com