UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIMMY TOBIAS

    *Plaintiff*,

    v.

DEPARTMENT OF INTERIOR,

    *Defendant*.

Civil Action No. 26-00003-JEB

### DEFENDANT'S CONSENT MOTION FOR
### EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant United States Department of Interior ("Defendant") respectfully moves this Court to extend the answer deadline to March 4, 2026. The deadline to answer this complaint is February 2, 2026. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consents to this request.

Plaintiff, Jimmy Tobias is an independent journalist. Compl. ¶ 2. Plaintiff submitted various FOIA requests over a period of several months to Defendant. *Id*. ¶¶ 6-92. Plaintiff filed this suit on January 2, 2026. ECF 1. He brings this case against Defendant for alleged violations of Freedom of Information Act, 5. U.S.C. § 552. *Id*. ¶ 4. Defendant's answer deadline is February 2, 2026.

Defendant requests a thirty-day extension to file its response. This extension will allow counsel for Defendant to properly confer with the agency, receive and review any records, and determine the appropriate response and defenses.

Defendant requests this extension in good faith and not for the purpose of delay. No party will be prejudiced by this extension as Plaintiff consents to this request.

For these reasons, Defendant respectfully requests that the deadline to respond to Plaintiff's

Complaint, ECF No. 1, be extended by thirty days, including March 4, 2026. A proposed order is

attached.

Dated: February 2, 2026                        Respectfully submitted,
       Washington, DC


                         JEANINE FERRIS PIRRO
                         United States Attorney

                         By:    /s/ *Amanda L. Torres*
                             AMANDA L. TORRES, D.C. Bar #1562702
                           Assistant United States Attorney
                           601 D Street, NW
                           Washington, DC 20530
                           (202) 252-2507

                         *Attorneys for the United States of America*