UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY TOBIAS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF INTERIOR,<br><br>　　Defendant. | Civil Action No. 26-00003-JEB |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Extension, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ODERED that Defendant shall respond to the Complaint on or before March 4, 2026.

SO ORDERED:

_____        _____
Date                          JAMES E. BOASBERG
                              United States District Judge

- 3 -