UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIMMY TOBIAS,

    Plaintiff,

    v.

U.S. DEPARTMENT OF THE INTERIOR,

    Defendant.

Civil Action No. 1:26-cv-00003-JEB

## JOINT STATUS REPORT

Pursuant to the Court's March 5, 2026, Minute Order, Plaintiff, Jimmy Tobias ("Plaintiff") and U.S. Department of the Interior ("Defendant") have conferred regarding a schedule for dispositive briefing, and jointly propose the following status report:

1. This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA requests submitted to Defendant on July 21, 2025, DOI-2025-005406, DOI-2025-005456, DOI-2025-006269, DOI-2025-007666, DOI-2025-007780, DOI-2025-007781, DOI-2025-007783, DOI-2025-008124, and DOI-2025-008490.

2. On January 16, 2026, Defendant provided an interim response to request 2025-008124, indicating that it was reviewing additional records responsive to his request.

3. On February 13, 2026, Defendant provided an interim response to Plaintiff wherein Defendant indicated that it had completed three out of the nine requests, DOI-2025-005456, DOI-2025-006269, and DOI-2025-007780.

4. Defendant released 47 pages of records for DOI-2025-006269 and 5 pages of records for DOI-2025-007780 and found no responsive records for DOI-2025-005456.

5. Defendant continues to process Plaintiff's remaining requests.

6.      Plaintiff reports that on March 18, 2026 he requested Defendant clarify whether the February 13, 2026 production is the final response for those three requests, provide the status of his six other requests, and provide the page count and estimated month and year of completion for all remaining requests.

7.      Therefore, the parties believe a briefing schedule would be premature at this time.

8.      The Parties will file a status report every 30 days updating the Court of the parties' continued efforts.

Dated: March 18, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*

By: _____*/s/ Amanda L. Torres*_____
       AMANDA L. TORRES
       D.C. Bar # 1562702
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2507

*Attorneys for the United States of America*

2