UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIMMY TOBIAS,

    Plaintiff,

    v.

U.S. DEPARTMENT OF THE INTERIOR,

    Defendant.

Civil Action No. 1:26-cv-00003-JEB

## JOINT STATUS REPORT

Pursuant to the Court's March 5, 2026, Minute Order, Plaintiff, Jimmy Tobias ("Plaintiff") and U.S. Department of the Interior ("Defendant") have conferred regarding a schedule for dispositive briefing, and jointly propose the following status report:

1.    This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA requests submitted to Defendant on July 21, 2025, DOI-2025-005406, DOI-2025-005456, DOI-2025-006269, DOI-2025-007666, DOI-2025-007780, DOI-2025-007781, DOI-2025-007783, DOI-2025-008124, and DOI-2025-008490.

2.    On January 16, 2026, Defendant provided an interim response to request 2025-008124, indicating that it was reviewing additional records responsive to his request.

3.    On February 13, 2026, Defendant provided an interim response to Plaintiff wherein Defendant indicated that it had completed three out of the nine requests, DOI-2025-005456, DOI-2025-006269, and DOI-2025-007780.

4.    Defendant released 47 pages of records for DOI-2025-006269 and 5 pages of records for DOI-2025-007780 and found no responsive records for DOI-2025-005456.

5.    Since the filing of the last joint status report, Defendant reports as follows:

1. 25-005406 – Defendant is currently processing this request. On April 20, 2026, Plaintiff has requested a page count breakdown from Defendant to facilitate further narrowing discussions. Defendant is considering Plaintiff's request and expects to have a response within the next two weeks.

2. Defendant completed production for 25-005456, 25-006269, 25-007780

3. Defendant's review is complete for: 25-007666, 25-007781, 25-007783, 25-008490, 25-008124. Consultations for these requests are required.

6.      Plaintiff reports that on March 18, 2026 he requested Defendant provide the status of his six other requests and provide the page count and estimated month and year of completion for all remaining requests, including consultations.

7.      Therefore, the parties believe a briefing schedule would be premature at this time.

8.      The Parties will file a status report every 30 days updating the Court of the parties' continued efforts.

Dated: May 20, 2026                              Respectfully submitted,

                                                 JEANINE FERRIS PIRRO
                                                 United States Attorney

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037       By:  _____/s/ Amanda L. Torres_____
Merrick Wayne, D.C. Bar No. IL0058            AMANDA L. TORRES
Stephen Stich Match, D.C. Bar No.             D.C. Bar # 1562702
MA0044                                        Assistant United States Attorney
LOEVY & LOEVY                                 601 D Street, NW
311 North Aberdeen, 3rd Floor                 Washington, DC 20530
Chicago, IL 60607                             (202) 252-2507
312-243-5900
foia@loevy.com                                *Attorneys for the United States of America*

*Counsel for Plaintiffs*

2