UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIMMY TOBIAS,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR,

Defendant.

Civil Action No. 1:26-cv-00003-JEB

**JOINT STATUS REPORT**

Pursuant to the Court's March 5, 2026, Minute Order, Plaintiff, Jimmy Tobias ("Plaintiff") and U.S. Department of the Interior ("Defendant") jointly propose the following status report:

1. This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA requests submitted to Defendant on July 21, 2025, DOI-2025-005406, DOI-2025-005456, DOI-2025-006269, DOI-2025-007666, DOI-2025-007780, DOI-2025-007781, DOI-2025-007783, DOI-2025-008124, and DOI-2025-008490.

2. On January 16, 2026, Defendant provided an interim response to request 2025-008124, indicating that it was reviewing additional records responsive to his request.

3. On February 13, 2026, Defendant provided an interim response to Plaintiff wherein Defendant indicated that it had completed three out of the nine requests, DOI-2025-005456, DOI-2025-006269, and DOI-2025-007780.

4. Defendant released 47 pages of records for DOI-2025-006269 and 5 pages of records for DOI-2025-007780 and found no responsive records for DOI-2025-005456.

5. Since the filing of the last joint status report, Defendant reports that all underlying requests have been processed and are pending either internal or external consultation.

6. Defendant reports that the Agency has no update on the consultations at this time.

7. The parties will file an updated joint status report on September 1, 2026 with an update from the agency and every thirty days thereafter.

8. The parties believe a briefing schedule would be premature at this time.

Dated: August 17, 2026

/s/ Merrick Wayne
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Amanda L. Torres
AMANDA L. TORRES
D.C. Bar # 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507

*Attorneys for the United States of America*